UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESIREE MOYE, | : |
| Plaintiff, | : |
| v. | : No. 17-cv-4776 |
| NANCY ANN BERRYHILL, Acting Commissioner Social Security Administration, | : |
| Defendant. | : |

# O R D E R

**AND NOW**, this 1st day of October, 2018, for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT**:

1. The Report and Recommendation of United States Magistrate Judge Timothy R. Rice, ECF No. 15, is **ADOPTED IN PART**.

2. Plaintiff's Request for Review, ECF No. 3, is **GRANTED**.

3. The decision of the Commissioner of the Social Security Administration is **REVERSED**.

4. This case is **REMANDED** to the Commissioner of the Social Security Administration for payment of benefits to Plaintiff consistent with this Court's opinion.

5. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge